Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−26960−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth DeFord
   802 Green Ave
   Mt. Ephraim, NJ 08059

Social Security No.:
   xxx−xx−7835

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2016
JJW: bc

James J. Waldron
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 14-26960-ABA
   Elizabeth DeFord                                                       Chapter 13
            Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Oct 20, 2016
                               Form ID: 148                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db            +Elizabeth DeFord,    802 Green Ave,    Mt. Ephraim, NJ 08059-1015
515195093     +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
514994425     +Law Firm Of Allan C. Smith, PC,    1276 Veterans Highway, Ste E-1,    Bristol, PA 19007-2597
514994427     +Mercantile Adjustment Bureau, LLC,    PO Box 9055,    Williamsville, NY 14231-9055
514994429     +Monarch Recovery Management, Inc.,    PO Box 16119,    Philadelphia, PA 19114-0119
514994432     +United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:39      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515007422      EDI: AIS.COM Oct 20 2016 22:33:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514994419      EDI: BANKAMER.COM Oct 20 2016 22:33:00      Bk Of Amer,    ATTENTION: RECOVERY DEPARTMENT,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410
514994418     +EDI: BANKAMER.COM Oct 20 2016 22:33:00      Bk Of Amer,    ATTN: CORRESPONDENCE UNIT/CA6-919-02-4,
                Po Box 5170,   Simi Valley, CA 93062-5170
515044561     +EDI: STFC.COM Oct 20 2016 22:33:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
                Denver, CO 80237-3485
514994422      EDI: CITICORP.COM Oct 20 2016 22:33:00      Citi,   ATTN: CENTRALIZED BANKRUPTCY,    Po Box 20363,
                Kansas City, MO 64195
514994420     +EDI: STFC.COM Oct 20 2016 22:33:00      Cach Llc,    ATTENTION: BANKRUPTCY,
                4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
514994421     +E-mail/Text: clientrep@capitalcollects.com Oct 20 2016 22:58:39      Capital Collection Service,
                PO Box 150,   West Berlin, NJ 08091-0150
515192500      EDI: ECAST.COM Oct 20 2016 22:33:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,   NEW YORK, NY 10087-9262
514994423     +E-mail/Text: bknotice@erccollections.com Oct 20 2016 22:57:45      Enhanced Recovery Co L,
                ATTENTION: CLIENT SERVICES,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
514994424      EDI: HFC.COM Oct 20 2016 22:33:00      HSBC Bankruptcy,    PO Box 5213,
                Carol Stream, IL 60197-5213
514994426      E-mail/Text: camanagement@mtb.com Oct 20 2016 22:57:22      M And T Bank,    ATTN: BANKRUPTCY,
                1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
515168846      E-mail/Text: camanagement@mtb.com Oct 20 2016 22:57:22      M&T BANK,    PO BOX 1288,
                Buffalo, NY 14240
514994428     +EDI: MID8.COM Oct 20 2016 22:33:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
515213913      EDI: PRA.COM Oct 20 2016 22:33:00      Portfolio Recovery Associates, LLC,
                c/o Sears Gold Mastercard,    POB 41067,   Norfolk VA 23541
514994431      EDI: NEXTEL.COM Oct 20 2016 22:33:00      Sprint,    PO Box 219554,   Kansas City, MO 64121-9554
515044266      EDI: NEXTEL.COM Oct 20 2016 22:33:00      Sprint Corp,    Attn Bankruptcy Dept,   PO Box 7949,
                Overland Park KS 66207-0949
514994430     +EDI: SEARS.COM Oct 20 2016 22:33:00      Sears/cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Oct 20, 2016
                               Form ID: 148                 Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Brad J. Spiller    on behalf of Debtor Elizabeth  DeFord bankruptcy@brennerlawoffice.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor   Bank of America, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor   BANK OF AMERICA, N.A. jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William M. E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 9
```